UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 08-63-KSF

RICHARD GERO                                                          PLAINTIFF

v.                                        **JUDGMENT**

CORRECTIONS CORPORATION OF
AMERICA, *et al.*                                                     DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

In accordance with the order entered contemporaneously with this judgment, the Court

**HEREBY ORDERS** that

    (1)    this action is **DISMISSED WITH PREJUDICE** and plaintiff
         shall take nothing thereby;

    (2)    judgment is entered in favor of the defendants;

    (3)    this is a **FINAL** judgment; and

    (4)    this matter is **STRICKEN** from the active docket of the Court.

This July 29, 2009.



**Signed By:**

**_Karl S. Forester_**  $KSF$

**United States Senior Judge**